**Gerritys Supermarket INC**
950 North South Rd
Scranton, PA 18504-1430
570/342-4144

| Pay Begin Date: | 07/23/2023 |
|---|---|
| Pay End Date: | 07/29/2023 |

| P'Soft Check/Advice #: | 000000035387839 |
|---|---|
| Advice Date: | 08/04/2023 |

**Anthony J Oliveri**
105 Caverton Road
Trucksville, PA 18708

| Employee ID: | 300994181 |
|---|---|
| Store/Div: | 0490 |
| Department: | 0310 |
| Pay Rate: | $1,273.00 Weekly |
| OT 1.5 Rate: | NA |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | | | 1,273.00 | 1,299.00 | 36,747.27 |
| Personal Pay | | 0.00 | 0.00 | 27.00 | 763.80 |
| Vacation Pay | | 0.00 | 0.00 | 42.00 | 1,188.13 |
| Training | | 0.00 | 0.00 | 27.00 | 763.80 |
| Vacation Non-Prod Payout | | 0.00 | 0.00 | 45.00 | 1,273.00 |
| Premium Pay Hours | | 0.00 | 0.00 | 18.00 | 509.20 |
| Lump Sum (Discretionary) | | | 0.00 | | 3,300.00 |
| **TOTAL:** | | 0.00 | 1,273.00 | 1,458.00 | 44,545.20 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 111.55 | 4,078.59 |
| Fed MED/EE | 16.61 | 588.94 |
| Fed OASDI/EE | 71.02 | 2,518.23 |
| PA Unempl EE | 0.89 | 31.18 |
| PA Withholdng | 35.17 | 1,246.98 |
| PA PRINGLE BORO (M + SD) LS Tax | 1.00 | 12.00 |
| PA PRINGLE BORO Withholdng | 17.76 | 259.75 |
| PA LUZERNE BORO (M + SD) LS Tax | 0.00 | 19.00 |
| PA LUZERNE BORO Withholdng | 0.00 | 369.92 |
| **TOTAL:** | 254.00 | 9,124.59 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Managed Care-Pre Tax | 117.03 | 3,604.33 |
| Traditional Dental | 8.59 | 266.29 |
| Vision Pre-Tax | 1.87 | 57.97 |
| Gerrity's 401k Savings | 127.30 | 4,454.52 |
| **TOTAL:** | 254.79 | 8,383.11 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Credit Union | 250.00 | 7,750.00 |
| Gerrity Hartford Term Life | 10.61 | 328.91 |
| Garn.-Tax Levy | 0.00 | 97.00 |
| **TOTAL:** | 260.61 | 8,175.91 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,273.00 | 1,018.21 | 254.00 | 515.40 | 503.60 |
| YTD | 44,545.20 | 36,162.09 | 9,124.59 | 16,559.02 | 18,861.59 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000035387839 | Checking | *******259 | 503.60 |
| **TOTAL:** | | | 503.60 |

**MESSAGE:**

**Gerritys Supermarket INC**
950 North South Rd
Scranton, PA 18504-1430
570/342-4144

| | |
|---|---|
| Pay Begin Date: | 07/30/2023 |
| Pay End Date: | 08/05/2023 |

| | |
|---|---|
| P'Soft Check/Advice #: | 000000035438722 |
| Advice Date: | 08/11/2023 |

**Anthony J Oliveri**
105 Caverton Road
Trucksville, PA 18708

| | |
|---|---|
| Employee ID: | 300994181 |
| Store/Div: | 0490 |
| Department: | 0310 |
| Pay Rate: | $1,273.00 Weekly |
| OT 1.5 Rate: | NA |

**TAX DATA:**

| | Federal | PA State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | Current | | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 28.288889 | 9.00 | 254.60 | 1,308.00 | 37,001.87 |
| Vacation Pay | 28.288889 | 36.00 | 1,018.40 | 78.00 | 2,206.53 |
| Personal Pay | | | 0.00 | 27.00 | 763.80 |
| Training | | | 0.00 | 27.00 | 763.80 |
| Vacation Non-Prod Payout | | | 0.00 | 45.00 | 1,273.00 |
| Premium Pay Hours | | | 0.00 | 18.00 | 509.20 |
| Lump Sum (Discretionary) | | | 0.00 | | 3,300.00 |
| **TOTAL:** | | **45.00** | **1,273.00** | **1,503.00** | **45,818.20** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 111.55 | 4,190.14 |
| Fed MED/EE | 16.61 | 605.55 |
| Fed OASDI/EE | 71.02 | 2,589.25 |
| PA Unempl EE | 0.89 | 32.07 |
| PA Withholdng | 35.17 | 1,282.15 |
| PA PRINGLE BORO (M + SD) LS Tax | 1.00 | 13.00 |
| PA PRINGLE BORO Withholdng | 17.76 | 277.51 |
| PA LUZERNE BORO (M + SD) LS Tax | 0.00 | 19.00 |
| PA LUZERNE BORO Withholdng | 0.00 | 369.92 |
| **TOTAL:** | **254.00** | **9,378.59** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Managed Care-Pre Tax | 117.03 | 3,721.36 |
| Traditional Dental | 8.59 | 274.88 |
| Vision Pre-Tax | 1.87 | 59.84 |
| Gerrity's 401k Savings | 127.30 | 4,581.82 |
| **TOTAL:** | **254.79** | **8,637.90** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Credit Union | 250.00 | 8,000.00 |
| Gerrity Hartford Term Life | 10.61 | 339.52 |
| Garn.-Tax Levy | 0.00 | 97.00 |
| **TOTAL:** | **260.61** | **8,436.52** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,273.00 | 1,018.21 | 254.00 | 515.40 | 503.60 |
| YTD | 45,818.20 | 37,180.30 | 9,378.59 | 17,074.42 | 19,365.19 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000035438722 | Checking | *******259 | 503.60 |
| **TOTAL:** | | | **503.60** |

**MESSAGE:**

**Gerritys Supermarket INC**
950 North South Rd
Scranton, PA 18504-1430
570/342-4144

| | Pay Begin Date: | 08/06/2023 | | P'Soft Check/Advice #: | 000000035489173 |
|---|---|---|---|---|---|
| | Pay End Date: | 08/12/2023 | | Advice Date: | 08/18/2023 |

| | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| **Anthony J Oliveri** | Employee ID: | 300994181 | Tax Status: | Single | Single |
| 105 Caverton Road | Store/Div: | 0490 | Allowances: | 0 | 0 |
| Trucksville, PA 18708 | Department: | 0310 | Addl. Percent: | N/A | |
| | Pay Rate: | $1,273.00 Weekly | Addl. Amount: | | |
| | OT 1.5 Rate: | NA | | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 28.288889 | 45.00 | 1,273.00 | 1,353.00 | 38,274.87 |
| Premium Pay Hours | 28.288889 | 9.00 | 254.60 | 27.00 | 763.80 |
| Personal Pay | | 0.00 | 0.00 | 27.00 | 763.80 |
| Vacation Pay | | 0.00 | 0.00 | 78.00 | 2,206.53 |
| Training | | 0.00 | 0.00 | 27.00 | 763.80 |
| Vacation Non-Prod Payout | | 0.00 | 0.00 | 45.00 | 1,273.00 |
| Lump Sum (Discretionary) | | | 0.00 | | 3,300.00 |
| **TOTAL:** | | **54.00** | **1,527.60** | **1,557.00** | **47,345.80** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 161.97 | 4,352.11 |
| Fed MED/EE | 20.30 | 625.85 |
| Fed OASDI/EE | 86.81 | 2,676.06 |
| PA Unempl EE | 1.07 | 33.14 |
| PA Withholdng | 42.98 | 1,325.13 |
| PA PRINGLE BORO (M + SD) LS Tax | 1.00 | 14.00 |
| PA PRINGLE BORO Withholdng | 21.70 | 299.21 |
| PA LUZERNE BORO (M + SD) LS Tax | 0.00 | 19.00 |
| PA LUZERNE BORO Withholdng | 0.00 | 369.92 |
| **TOTAL:** | **335.83** | **9,714.42** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Managed Care-Pre Tax | 117.03 | 3,838.39 |
| Traditional Dental | 8.59 | 283.47 |
| Vision Pre-Tax | 1.87 | 61.71 |
| Gerrity's 401k Savings | 152.76 | 4,734.58 |
| **TOTAL:** | **280.25** | **8,918.15** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Credit Union | 250.00 | 8,250.00 |
| Gerrity Hartford Term Life | 10.61 | 350.13 |
| Garn.-Tax Levy | 0.00 | 97.00 |
| **TOTAL:** | **260.61** | **8,697.13** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,527.60 | 1,247.35 | 335.83 | 540.86 | 650.91 |
| YTD | 47,345.80 | 38,427.65 | 9,714.42 | 17,615.28 | 20,016.10 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000035489173 | Checking | *******259 | 650.91 |
| **TOTAL:** | | | **650.91** |

**MESSAGE:**

**Gerritys Supermarket INC**
950 North South Rd
Scranton, PA 18504-1430
570/342-4144

| | |
|---|---|
| Pay Begin Date: | 08/13/2023 |
| Pay End Date: | 08/19/2023 |

| | |
|---|---|
| P'Soft Check/Advice #: | 000000035539236 |
| Advice Date: | 08/25/2023 |

**Anthony J Oliveri**
105 Caverton Road
Trucksville, PA 18708

| | |
|---|---|
| Employee ID: | 300994181 |
| Store/Div: | 0490 |
| Department: | 0310 |
| Pay Rate: | $1,273.00 Weekly |
| OT 1.5 Rate: | NA |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 28.288889 | 45.00 | 1,273.00 | 1,398.00 | 39,547.87 |
| Premium Pay Hours | 28.288889 | 9.00 | 254.60 | 36.00 | 1,018.40 |
| Personal Pay | | | 0.00 | 27.00 | 763.80 |
| Vacation Pay | | | 0.00 | 78.00 | 2,206.53 |
| Training | | | 0.00 | 27.00 | 763.80 |
| Vacation Non-Prod Payout | | | 0.00 | 45.00 | 1,273.00 |
| Lump Sum (Discretionary) | | | 0.00 | | 3,300.00 |
| **TOTAL:** | | **54.00** | **1,527.60** | **1,611.00** | **48,873.40** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 161.97 | 4,514.08 |
| Fed MED/EE | 20.30 | 646.15 |
| Fed OASDI/EE | 86.81 | 2,762.87 |
| PA Unempl EE | 1.07 | 34.21 |
| PA Withholdng | 42.98 | 1,368.11 |
| PA PRINGLE BORO (M + SD) LS Tax | 1.00 | 15.00 |
| PA PRINGLE BORO Withholdng | 21.70 | 320.91 |
| PA LUZERNE BORO (M + SD) LS Tax | 0.00 | 19.00 |
| PA LUZERNE BORO Withholdng | 0.00 | 369.92 |
| **TOTAL:** | **335.83** | **10,050.25** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Managed Care-Pre Tax | 117.03 | 3,955.42 |
| Traditional Dental | 8.59 | 292.06 |
| Vision Pre-Tax | 1.87 | 63.58 |
| Gerrity's 401k Savings | 152.76 | 4,887.34 |
| **TOTAL:** | **280.25** | **9,198.40** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Credit Union | 250.00 | 8,500.00 |
| Gerrity Hartford Term Life | 10.61 | 360.74 |
| Garn.-Tax Levy | 0.00 | 97.00 |
| **TOTAL:** | **260.61** | **8,957.74** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,527.60 | 1,247.35 | 335.83 | 540.86 | 650.91 |
| YTD | 48,873.40 | 39,675.00 | 10,050.25 | 18,156.14 | 20,667.01 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000035539236 | Checking | *******259 | 650.91 |
| **TOTAL:** | | | **650.91** |

**MESSAGE:**

**Gerritys Supermarket INC**
950 North South Rd
Scranton, PA 18504-1430
570/342-4144

| | Pay Begin Date: | 08/20/2023 | | P'Soft Check/Advice #: | 000000035588941 |
|---|---|---|---|---|---|
| | Pay End Date: | 08/26/2023 | | Advice Date: | 09/01/2023 |

**Anthony J Oliveri**
105 Caverton Road
Trucksville, PA 18708

| Employee ID: | 300994181 |
|---|---|
| Store/Div: | 0490 |
| Department: | 0310 |
| Pay Rate: | $1,273.00 Weekly |
| OT 1.5 Rate: | NA |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 28.288889 | 45.00 | 1,273.00 | 1,443.00 | 40,820.87 |
| Premium Pay | | | 45.00 | | 45.00 |
| Premium Pay Hours | 28.288889 | 9.00 | 254.60 | 45.00 | 1,273.00 |
| Personal Pay | | | 0.00 | 27.00 | 763.80 |
| Vacation Pay | | | 0.00 | 78.00 | 2,206.53 |
| Training | | | 0.00 | 27.00 | 763.80 |
| Vacation Non-Prod Payout | | | 0.00 | 45.00 | 1,273.00 |
| Lump Sum (Discretionary) | | | 0.00 | | 3,300.00 |
| **TOTAL:** | | **54.00** | **1,572.60** | **1,665.00** | **50,446.00** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 170.88 | 4,684.96 |
| Fed MED/EE | 20.96 | 667.11 |
| Fed OASDI/EE | 89.59 | 2,852.46 |
| PA Unempl EE | 1.10 | 35.31 |
| PA Withholdng | 44.36 | 1,412.47 |
| PA PRINGLE BORO (M + SD) LS Tax | 1.00 | 16.00 |
| PA PRINGLE BORO Withholdng | 22.40 | 343.31 |
| PA LUZERNE BORO (M + SD) LS Tax | 0.00 | 19.00 |
| PA LUZERNE BORO Withholdng | 0.00 | 369.92 |
| **TOTAL:** | **350.29** | **10,400.54** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Managed Care-Pre Tax | 117.03 | 4,072.45 |
| Traditional Dental | 8.59 | 300.65 |
| Vision Pre-Tax | 1.87 | 65.45 |
| Gerrity's 401k Savings | 157.26 | 5,044.60 |
| **TOTAL:** | **284.75** | **9,483.15** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Credit Union | 250.00 | 8,750.00 |
| Gerrity Hartford Term Life | 10.61 | 371.35 |
| Garn.-Tax Levy | 0.00 | 97.00 |
| **TOTAL:** | **260.61** | **9,218.35** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,572.60 | 1,287.85 | 350.29 | 545.36 | 676.95 |
| YTD | 50,446.00 | 40,962.85 | 10,400.54 | 18,701.50 | 21,343.96 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000035588941 | Checking | *******259 | 676.95 |
| **TOTAL:** | | | **676.95** |

**MESSAGE:**

**Gerritys Supermarket INC**
950 North South Rd
Scranton, PA 18504-1430
570/342-4144

| | |
|---|---|
| Pay Begin Date: | 09/03/2023 |
| Pay End Date: | 09/09/2023 |

| | |
|---|---|
| P'Soft Check/Advice #: | 000000035689026 |
| Advice Date: | 09/15/2023 |

**Anthony J Oliveri**
105 Caverton Road
Trucksville, PA 18708

| | |
|---|---|
| Employee ID: | 300994181 |
| Store/Div: | 0490 |
| Department: | 0310 |
| Pay Rate: | $1,273.00 Weekly |
| OT 1.5 Rate: | NA |

**TAX DATA:**

| | Federal | PA State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Vacation Pay | 28.288889 | 45.00 | 1,273.00 | 123.00 | 3,479.53 |
| Regular | | 0.00 | 0.00 | 1,488.00 | 42,093.87 |
| Personal Pay | | 0.00 | 0.00 | 27.00 | 763.80 |
| Training | | 0.00 | 0.00 | 27.00 | 763.80 |
| Premium Pay | | 0.00 | 0.00 | | 45.00 |
| Vacation Non-Prod Payout | | 0.00 | 45.00 | 45.00 | 1,273.00 |
| Premium Pay Hours | | 0.00 | 45.00 | 45.00 | 1,273.00 |
| Lump Sum (Discretionary) | | 0.00 | | | 3,300.00 |
| **TOTAL:** | | **45.00** | **1,273.00** | **1,755.00** | **52,992.00** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 111.55 | 4,908.06 |
| Fed MED/EE | 16.61 | 700.33 |
| Fed OASDI/EE | 71.03 | 2,994.51 |
| PA Unempl EE | 0.89 | 37.09 |
| PA Withholdng | 35.17 | 1,482.81 |
| PA PRINGLE BORO (M + SD) LS Tax | 1.00 | 18.00 |
| PA PRINGLE BORO Withholdng | 17.76 | 378.83 |
| PA LUZERNE BORO (M + SD) LS Tax | 0.00 | 19.00 |
| PA LUZERNE BORO Withholdng | 0.00 | 369.92 |
| **TOTAL:** | **254.01** | **10,908.55** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Managed Care-Pre Tax | 117.03 | 4,306.51 |
| Traditional Dental | 8.59 | 317.83 |
| Vision Pre-Tax | 1.87 | 69.19 |
| Gerrity's 401k Savings | 127.30 | 5,299.20 |
| **TOTAL:** | **254.79** | **9,992.73** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Credit Union | 250.00 | 9,250.00 |
| Gerrity Hartford Term Life | 10.61 | 392.57 |
| Garn.-Tax Levy | 0.00 | 97.00 |
| **TOTAL:** | **260.61** | **9,739.57** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,273.00 | 1,018.21 | 254.01 | 515.40 | 503.59 |
| YTD | 52,992.00 | 42,999.27 | 10,908.55 | 19,732.30 | 22,351.15 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000035689026 | Checking | *******259 | 503.59 |
| **TOTAL:** | | | **503.59** |

**MESSAGE:**

**Gerritys Supermarket INC**
950 North South Rd
Scranton, PA 18504-1430
570/342-4144

| Pay Begin Date: | 08/27/2023 |
|---|---|
| Pay End Date: | 09/02/2023 |

| P'Soft Check/Advice #: | 000000035638640 |
|---|---|
| Advice Date: | 09/08/2023 |

**Anthony J Oliveri**
105 Caverton Road
Trucksville, PA 18708

| Employee ID: | 300994181 |
|---|---|
| Store/Div: | 0490 |
| Department: | 0310 |
| Pay Rate: | $1,273.00 Weekly |
| OT 1.5 Rate: | NA |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | | | 1,273.00 | 1,488.00 | 42,093.87 |
| Personal Pay | | 0.00 | | 27.00 | 763.80 |
| Vacation Pay | | 0.00 | | 78.00 | 2,206.53 |
| Training | | 0.00 | | 27.00 | 763.80 |
| Premium Pay | | 0.00 | | | 45.00 |
| Vacation Non-Prod Payout | | 0.00 | | 45.00 | 1,273.00 |
| Premium Pay Hours | | 0.00 | | 45.00 | 1,273.00 |
| Lump Sum (Discretionary) | | 0.00 | | | 3,300.00 |
| **TOTAL:** | | **0.00** | **1,273.00** | **1,710.00** | **51,719.00** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 111.55 | 4,796.51 |
| Fed MED/EE | 16.61 | 683.72 |
| Fed OASDI/EE | 71.02 | 2,923.48 |
| PA Unempl EE | 0.89 | 36.20 |
| PA Withholdng | 35.17 | 1,447.64 |
| PA PRINGLE BORO (M + SD) LS Tax | 1.00 | 17.00 |
| PA PRINGLE BORO Withholdng | 17.76 | 361.07 |
| PA LUZERNE BORO (M + SD) LS Tax | 0.00 | 19.00 |
| PA LUZERNE BORO Withholdng | 0.00 | 369.92 |
| **TOTAL:** | **254.00** | **10,654.54** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Managed Care-Pre Tax | 117.03 | 4,189.48 |
| Traditional Dental | 8.59 | 309.24 |
| Vision Pre-Tax | 1.87 | 67.32 |
| Gerrity's 401k Savings | 127.30 | 5,171.90 |
| **TOTAL:** | **254.79** | **9,737.94** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Credit Union | 250.00 | 9,000.00 |
| Gerrity Hartford Term Life | 10.61 | 381.96 |
| Garn.-Tax Levy | 0.00 | 97.00 |
| **TOTAL:** | **260.61** | **9,478.96** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,273.00 | 1,018.21 | 254.00 | 515.40 | 503.60 |
| YTD | 51,719.00 | 41,981.06 | 10,654.54 | 19,216.90 | 21,847.56 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000035638640 | Checking | *******259 | 503.60 |
| **TOTAL:** | | | **503.60** |

**MESSAGE:**

**Gerritys Supermarket INC**
950 North South Rd
Scranton, PA 18504-1430
570/342-4144

| | Pay Begin Date: | 09/10/2023 | | P'Soft Check/Advice #: | 000000035738660 |
|---|---|---|---|---|---|
| | Pay End Date: | 09/16/2023 | | Advice Date: | 09/22/2023 |

**Anthony J Oliveri**
105 Caverton Road
Trucksville, PA 18708

| Employee ID: | 300994181 |
|---|---|
| Store/Div: | 0490 |
| Department: | 0310 |
| Pay Rate: | $1,273.00 Weekly |
| OT 1.5 Rate: | NA |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 28.288889 | 36.00 | 1,018.40 | 1,524.00 | 43,112.27 |
| Temporary Alternate Duty | 28.288889 | 9.00 | 254.60 | 9.00 | 254.60 |
| Personal Pay | | | 0.00 | 27.00 | 763.80 |
| Vacation Pay | | | 0.00 | 123.00 | 3,479.53 |
| Training | | | 0.00 | 27.00 | 763.80 |
| Premium Pay | | | 0.00 | | 45.00 |
| Vacation Non-Prod Payout | | | 0.00 | 45.00 | 1,273.00 |
| Premium Pay Hours | | | 0.00 | 45.00 | 1,273.00 |
| Lump Sum (Discretionary) | | | 0.00 | | 3,300.00 |
| **TOTAL:** | | **45.00** | **1,273.00** | **1,800.00** | **54,265.00** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 111.55 | 5,019.61 |
| Fed MED/EE | 16.61 | 716.94 |
| Fed OASDI/EE | 71.02 | 3,065.53 |
| PA Unempl EE | 0.90 | 37.99 |
| PA Withholdng | 35.17 | 1,517.98 |
| PA PRINGLE BORO (M + SD) LS Tax | 1.00 | 19.00 |
| PA PRINGLE BORO Withholdng | 17.76 | 396.59 |
| PA LUZERNE BORO (M + SD) LS Tax | 0.00 | 19.00 |
| PA LUZERNE BORO Withholdng | 0.00 | 369.92 |
| **TOTAL:** | **254.01** | **11,162.56** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Managed Care-Pre Tax | 117.03 | 4,423.54 |
| Traditional Dental | 8.59 | 326.42 |
| Vision Pre-Tax | 1.87 | 71.06 |
| Gerrity's 401k Savings | 127.30 | 5,426.50 |
| **TOTAL:** | **254.79** | **10,247.52** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Credit Union | 250.00 | 9,500.00 |
| Gerrity Hartford Term Life | 10.61 | 403.18 |
| Garn.-Tax Levy | 0.00 | 97.00 |
| **TOTAL:** | **260.61** | **10,000.18** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,273.00 | 1,018.21 | 254.01 | 515.40 | 503.59 |
| YTD | 54,265.00 | 44,017.48 | 11,162.56 | 20,247.70 | 22,854.74 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000035738660 | Checking | *******259 | 503.59 |
| **TOTAL:** | | | **503.59** |

**MESSAGE:**

**Gerritys Supermarket INC**  
950 North South Rd  
Scranton, PA 18504-1430  
570/342-4144

| | Pay Begin Date: | 09/17/2023 | | P'Soft Check/Advice #: | 000000035788991 |
|---|---|---|---|---|---|
| | Pay End Date: | 09/23/2023 | | Advice Date: | 09/29/2023 |

**Anthony J Oliveri**  
105 Caverton Road  
Trucksville, PA 18708

| Employee ID: | 300994181 |
|---|---|
| Store/Div: | 0490 |
| Department: | 0310 |
| Pay Rate: | $1,273.00 Weekly |
| OT 1.5 Rate: | NA |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 28.288889 | 36.00 | 1,018.40 | 1,560.00 | 44,130.67 |
| Vacation Pay | 28.288889 | 9.00 | 254.60 | 132.00 | 3,734.13 |
| Personal Pay | | 0.00 | 0.00 | 27.00 | 763.80 |
| Training | | 0.00 | 0.00 | 27.00 | 763.80 |
| Temporary Alternate Duty | | 0.00 | 0.00 | 9.00 | 254.60 |
| Premium Pay | | 0.00 | 0.00 | | 45.00 |
| Vacation Non-Prod Payout | | 0.00 | 0.00 | 45.00 | 1,273.00 |
| Premium Pay Hours | | 0.00 | 0.00 | 45.00 | 1,273.00 |
| Lump Sum (Discretionary) | | 0.00 | 0.00 | | 3,300.00 |
| **TOTAL:** | | **45.00** | **1,273.00** | **1,845.00** | **55,538.00** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 111.55 | 5,131.16 |
| Fed MED/EE | 16.61 | 733.55 |
| Fed OASDI/EE | 71.02 | 3,136.55 |
| PA Unempl EE | 0.89 | 38.88 |
| PA Withholdng | 35.17 | 1,553.15 |
| PA PRINGLE BORO (M + SD) LS Tax | 1.00 | 20.00 |
| PA PRINGLE BORO Withholdng | 17.76 | 414.35 |
| PA LUZERNE BORO (M + SD) LS Tax | 0.00 | 19.00 |
| PA LUZERNE BORO Withholdng | 0.00 | 369.92 |
| **TOTAL:** | **254.00** | **11,416.56** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Managed Care-Pre Tax | 117.03 | 4,540.57 |
| Traditional Dental | 8.59 | 335.01 |
| Vision Pre-Tax | 1.87 | 72.93 |
| Gerrity's 401k Savings | 127.30 | 5,553.80 |
| **TOTAL:** | **254.79** | **10,502.31** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Credit Union | 250.00 | 9,750.00 |
| Gerrity Hartford Term Life | 10.61 | 413.79 |
| Garn.-Tax Levy | 0.00 | 97.00 |
| **TOTAL:** | **260.61** | **10,260.79** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,273.00 | 1,018.21 | 254.00 | 515.40 | 503.60 |
| YTD | 55,538.00 | 45,035.69 | 11,416.56 | 20,763.10 | 23,358.34 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000035788991 | Checking | *******259 | 503.60 |
| **TOTAL:** | | | **503.60** |

**MESSAGE:**