# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Anthony John Oliveri, Jr and Debra Lynn Oliveri<br>Debtor(s)<br>Citizens Bank, N.A., or its Successor or Assignee<br>Movant<br>vs.<br>Anthony John Oliveri, Jr and Debra Lynn Oliveri<br>Jack N Zaharopoulos<br>Respondent(s) | Chapter 13<br><br>Bankruptcy No. 5:23-bk-02286-MJC |

## ORDER

Upon consideration of the objection of Creditor to confirmation of the Chapter 13 plan, and after notice and hearing , it is hereby

ORDERED that the objection is sustained.

BY THE COURT,

_____

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Anthony John Oliveri, Jr and Debra Lynn Oliveri<br>Debtor(s)<br>Citizens Bank, N.A., or its Successor or Assignee<br>Movant<br><br>vs.<br><br>Anthony John Oliveri, Jr and Debra Lynn Oliveri<br>Jack N Zaharopoulos<br>Respondent(s) | Chapter 13<br><br>Bankruptcy No. 5:23-bk-02286-MJC |

## OBJECTION TO PLAN

Citizens Bank, N.A. ("Creditor") is a secured creditor of the above Debtors and by its counsel hereby objects to the Debtors' Chapter 13 Plan ("Plan") as follows:

1. Creditor filed a Proof of Claim number 7 on October 27, 2023 with respect to its secured interest in real property of the Debtors or of the estate which is commonly known as and located at 105 Carverton Road, Trucksville, Pennsylvania 18708 ("Property"); such Proof of Claim indicates a total claim in the amount of $104,194.06, and an arrearage claim in the amount of $55,229.98.

2. Creditor objects as the Debtors' Plan indicates that no arrears are due towards Creditor's claim; accordingly, the Plan does not provide for the full value of Creditor's claim.

3. Creditor objects as the Plan violates the provisions of 11 U.S.C. §1325(a)(3) and 11 U.S.C. §1325(a)(5)(B)(ii) to the extent that it fails to provide Creditor with the full value of its claim.

WHEREFORE, for the foregoing reasons, Citizens Bank, N.A. requests that an Order be entered denying confirmation of the Chapter 13 Plan and for such other and further relief as is just.

/s/ Andrew M. Lubin
ANDREW M. LUBIN, ESQUIRE ID # 54297
MARISA MYERS COHEN, ESQUIRE ID #87830
Attorney for Citizens Bank, N.A.
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Anthony John Oliveri, Jr and Debra Lynn Oliveri<br>Debtor(s)<br>Citizens Bank, N.A., or its Successor or Assignee<br>Movant<br>vs.<br>Anthony John Oliveri, Jr and Debra Lynn Oliveri<br>Jack N Zaharopoulos<br>Respondent(s) | Chapter 13<br><br>Bankruptcy No. 5:23-bk-02286-MJC |

## CERTIFICATION OF SERVICE OF OBJECTION TO PLAN

I, Andrew M. Lubin, attorney for Citizens Bank, N.A., hereby certify that I served a true and correct copy of the foregoing Objection to Plan, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: November 7, 2023

Anthony John Oliveri, Jr
105 Carverton Road
Trucksville, PA 18708

Debra Lynn Oliveri
105 Carverton Road
Trucksville, PA 18708

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
Attorney for Debtors

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

Jack N Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Trustee

/s/ Andrew M. Lubin
ANDREW M. LUBIN, ESQUIRE ID # 54297
MARISA MYERS COHEN, ESQUIRE ID #87830
Attorney for Citizens Bank, N.A.
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com

LAW OFFICES
# McCABE, WEISBERG & CONWAY, LLC
SUITE 1501
1420 WALNUT STREET
PHILADELPHIA, PA 19102
(215) 790-1010
**FAX** (215) 790-1274

November 7, 2023

Jack N Zaharopoulos  
Standing Chapter 13 Trustee  
8125 Adams Drive, Suite A  
Hummelstown, Pennsylvania 17036  
Via United States Mail

Debra Lynn Oliveri  
105 Carverton Road  
Trucksville, Pennsylvania 18708  
Via United States Mail

Michael A. Cibik  
Cibik Law, P.C.  
1500 Walnut Street  
Suite 900  
Philadelphia, Pennsylvania 19102  
Via United States Mail

  RE:   Anthony John Oliveri, Jr and Debra Lynn Oliveri  
          Chapter 13/Bankruptcy No. 5:23-bk-02286-MJC

Dear Parties:

Enclosed please find a copy of the Objection to Confirmation of Debtors' Chapter 13 Plan. The original has been sent for filing with the Court.

Should you have any questions, please feel free to contact me at the telephone number listed above.

Very truly yours,


Alice Ray, Paralegal for Andrew M. Lubin, Esquire  
McCABE, WEISBERG & CONWAY, LLC

AML/aray  
Enclosure