UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Anthony J. Oliveri, Jr.,
Debra Lynn Oliveri,

Debtors.

Case No. 5:23-bk-02286-MJC

Chapter 13

## ORDER DENYING MOTION TO EXTEND AUTOMATIC STAY

Upon consideration of the Debtors' Motion to Extend the Automatic Stay, Dkt. # 10 ("Motion"), after hearings held on November 2, 2023 and November 7, 2023, and for the reasons stated on the record, it is hereby

**ORDERED** that the Motion is **DENIED**.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: November 8, 2023