United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Anthony J. Oliveri, Jr.  
Debra Lynn Oliveri  
    Debtors

Case No. 23-02286-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3  
Date Rcvd: Nov 08, 2023     Form ID: pdf010     Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Anthony J. Oliveri, Jr., Debra Lynn Oliveri, 105 Carverton Rd, Trucksville, PA 18708-1746 |
| 5570677 | ++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577 address filed with court:, CCO Mortgage Corp., Attn: Bankruptcy, 10561 Telegraph Rd, Glen Allen, VA 23059 |
| 5572933 | + | Citizens Bank, N.A., c/o, McCabe, Weisberg & Conway, LLC, 1420 Walnut Street, Suite 1501, Philadelphia, PA 19102-4015 |
| 5570683 | | Dallas School District, 2000 Conyngham Ave, Dallas, PA 18612-9288 |
| 5570687 | | Kingston Township, 180 E Center St, Shavertown, PA 18708-1514 |
| 5570688 | + | Luzerne County Tax Claim Bureau, c/o Elite Revenue Solutions, 200 North River Street, Wilkes Barre, PA 18711-1004 |
| 5570689 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5570691 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5570695 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5570678 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 08 2023 18:41:00 | Citizens Bank, Attn: Bankruptcy, One Citizens Dr, Providence, RI 02903 |
| 5570682 | | Email/Text: cfcbackoffice@contfinco.com | Nov 08 2023 18:41:00 | Continental Finance Company, Attn: Bankruptcy, PO Box 8099, Newark, DE 19714-8099 |
| 5570676 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 08 2023 18:48:29 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5573156 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 08 2023 18:48:23 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5574833 | ^ | MEBN | Nov 08 2023 18:39:34 | Citizens Bank, N.A., 10561 Telegraph Rd., Glen Allen, VA 23059-4577 |
| 5570679 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 08 2023 18:41:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5570680 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 08 2023 18:41:00 | Comenity Capital, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5570681 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 08 2023 18:41:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5570684 | + | Email/Text: mrdiscen@discover.com | Nov 08 2023 18:41:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5570685 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 08 2023 18:48:28 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 5570686 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 08 2023 18:41:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA |

| Recip ID | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- |
| | | | 19101-7346 |
| 5575225 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 08 2023 18:48:23 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5576848 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 08 2023 18:48:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5570693 | Email/Text: cscommunications@mrvbanks.com | Nov 08 2023 18:41:00 | REVVI, Attn: Bankruptcy, PO Box 85800, Sioux Falls, SD 57118-5800 |
| 5570692 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 08 2023 18:48:23 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 5570690 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 08 2023 18:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5571705 | Email/Text: bnc-quantum@quantum3group.com | Nov 08 2023 18:41:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5571706 | Email/Text: bnc-quantum@quantum3group.com | Nov 08 2023 18:41:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5570694 | Email/Text: famc-bk@1stassociates.com | Nov 08 2023 18:41:00 | Total VISA, Attn: Bankruptcy, P.O. Box 84930, Sioux Falls, SD 57118-4930 |
| 5570696 | ^ MEBN | Nov 08 2023 18:39:33 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5574834 | *+ | Citizens Bank, N.A., 10561 Telegraph Rd., Glen Allen, VA 23059-4577 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew M. Lubin | on behalf of Creditor Citizens Bank N.A. nj-ecfmail@mwc-law.com |
| Jack N Zaharopoulos | |

| | |
|---|---|
| | TWecf@pamd13trustee.com |
| Marisa Myers Cohen | on behalf of Creditor Citizens Bank N.A. ecfmail@mwc-law.com |
| Michael A. Cibik | on behalf of Debtor 2 Debra Lynn Oliveri mail@cibiklaw.com cibiklawpc@jubileebk.net;ecf@casedriver.com;cibiklaw@recap.email |
| Michael A. Cibik | on behalf of Debtor 1 Anthony J. Oliveri Jr. mail@cibiklaw.com, cibiklawpc@jubileebk.net;ecf@casedriver.com;cibiklaw@recap.email |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Anthony J. Oliveri, Jr.,
Debra Lynn Oliveri,

Debtors.

Case No. 5:23-bk-02286-MJC

Chapter 13

## ORDER DENYING MOTION TO EXTEND AUTOMATIC STAY

Upon consideration of the Debtors' Motion to Extend the Automatic Stay, Dkt. # 10 ("Motion"), after hearings held on November 2, 2023 and November 7, 2023, and for the reasons stated on the record, it is hereby

**ORDERED** that the Motion is **DENIED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: November 8, 2023