Rev. 09/01/14

## LOCAL BANKRUPTCY FORM 4001-1

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Anthony John Oliveri, Jr and Debra Lynn Oliveri<br><br>Debtors | Chapter 13<br><br>Bankruptcy No. 5:23-bk-02286-MJC |

### POST-PETITION PAYMENT HISTORY
### NOTE AND MORTGAGE DATED JULY 15, 2008

Recorded on August 14, 2008, in **Luzerne County**, in **Book 3008**, at **Page 185091**.

Property Address:
__105 Carverton Road, Trucksville, Pennsylvania 18708__

Mortgage Servicer:
__Citizens Bank, N.A.__

Post-petition mailing address for Debtor(s) to send payment:
_____

Mortgagor(s)/Debtor(s):
__Anthony John Oliveri, Jr and Debra Lynn Oliveri__

Payments are contractually due: 10/21/2023

Monthly XXX  Semi-monthly _____  Bi-weekly _____  Other _____

Each Monthly Payment is comprised of:

| | |
|---|---|
| Principal and Interest ............... | $833.42 |
| R.E. Taxes ................................ | $0.00 |
| Insurance ................................... | $0.00 |
| Late Charges ............................. | $0.00 |
| Other ......................................... | $0.00    Specify: |
| **TOTAL** ................................. | $833.42 |

**POST-PETITION PAYMENTS** (Petition was filed on October 4, 2023)

| Payment amount due | Date payment was due | Date payment was received | Amount received | Check number | How payment was applied (m.o./yr.) |
|---|---|---|---|---|---|
| $805.24 | 10/21/2023 | | | | |
| $847.51 | 11/21/2023 | | | | |
| $833.42 | 12/21/2023 | | | | |

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: 3 as of DECEMBER 21, 2023

TOTAL AMOUNT OF POST-PETITION ARREARS: $2,486.17 as of DECEMBER 21, 2023

_Citizens Bank N.A_
Mortgage Company

Name: _Erika Ramirez_

Date: _01/03/2024_

State of Virginia
County of Henrico