UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLEDISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Anthony John Oliveri, Jr and Debra Lynn Oliveri<br>Debtor(s)<br>Citizens Bank, N.A., or its Successor or Assignee<br>Movant<br>vs.<br>Anthony John Oliveri, Jr and Debra Lynn Oliveri<br>Jack N Zaharopoulos<br>Respondent(s) | Chapter 13<br><br>Bankruptcy No. 5:23-bk-02286-MJC |

## CERTIFICATE OF NON-CONCURRENCE

I, Marisa M. Cohen, Esquire, attorney for Citizens Bank, N.A., hereby certify that the parties listed below were contacted prior to the filing of the Motion for Relief from the Automatic Stay and that said parties do not concur with the entry of the Order granting Citizens Bank, N.A. Relief from the Automatic Stay.

Date of Contact: December 26, 2023
Parties Contacted:

Jack N Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, Pennsylvania 17036

Michael A. Cibik
Cibik & Cataldo
1500 Walnut Street
Suite 900
Philadelphia, Pennsylvania 19102

Anthony John Oliveri, Jr
105 Carverton Road
Trucksville, Pennsylvania 18708

Debra Lynn Oliveri
105 Carverton Road
Trucksville, Pennsylvania 18708

/s/ Marisa M. Cohen
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Citizens Bank, N.A.
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com