UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Anthony John Oliveri, Jr and Debra Lynn Oliveri<br>Debtor(s)<br><br>Citizens Bank, N.A., or its Successor or Assignee<br>Movant<br>vs.<br><br>Anthony John Oliveri, Jr and Debra Lynn Oliveri<br>Jack N Zaharopoulos<br>Respondent(s) | Chapter 13<br><br>Bankruptcy No. 5:23-bk-02286-MJC |

## CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY, NOTICE OF MOTION, PROPOSED ORDER AND ACCOMPANYING EXHIBIT DOCUMENTS

I, Marisa M. Cohen, attorney for Citizens Bank, N.A., hereby certify that I served a true and correct copy of the foregoing MOTION FOR RELIEF FROM AUTOMATIC STAY, NOTICE OF MOTION, PROPOSED ORDER AND ACCOMPANYING EXHIBIT DOCUMENTS, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: January 4, 2024

| | | |
|---|---|---|
| Anthony John Oliveri, Jr<br>105 Carverton Road<br>Trucksville, Pennsylvania 18708<br><br>Debra Lynn Oliveri<br>105 Carverton Road<br>Trucksville, Pennsylvania 18708<br><br>United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, Pennsylvania 17102 | Michael A. Cibik<br>Cibik & Cataldo<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, Pennsylvania 19102<br>Attorney for Debtors | Jack N Zaharopoulos<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, Pennsylvania 17036<br>Trustee |

/s/ Marisa M. Cohen
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Citizens Bank, N.A.
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com