Rev. Sept 1, 2014

## LOCAL BANKRUPTCY FORM 9013-3

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE:<br>Anthony J. Oliveri, Jr. and<br>Debra Lynn Oliveri<br><br>**Debtor(s)** | | CHAPTER<br>CASE NO.<br>ADV. NO.<br>NATURE OF PROCEEDING:<br>DOCUMENT No. | 13<br>5:23-bk-02286-MJC<br>- -ap-<br>Hearing on Motion For Relief From Stay<br>28 |
| Citizens Bank, N.A. or its Successor or Assignee<br><br>**Plaintiff(s)/ Movants**<br><br>vs.<br><br>Anthony J. Oliveri, Jr. and Debra Lynn Oliveri Jack N Zaharopoulos, Chapter 13 Trustee<br><br>**Defendant(s)/ Respondent(s)** | | | |

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
The parties are attempting to settle the matter and need additional time to determine if the matter can be resolved. The parties are requesting a 30-day adjournment.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: January 23, 2024         /s/ Andrew M. Lubin
                                 Applicant's Signature

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.