Rev. Dec 1, 2011

# LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** <br> **Anthony J. Oliveri, Jr. and** <br> **Debra Lynn Oliveri** <br> **Debtor(s)** | **CHAPTER** 13 <br> **CASE NO.** 5:23-bk-02286-MJC <br> **ADV. NO.** <br> **NATURE OF PROCEEDING:** **Motion For Relief From Automatic Stay Hearing** <br> **DOCUMENT No.** 28 |
| **Citizens Bank, N.A., or its Successors or Assignee** <br> **Movants** <br> vs. <br> **Anthony J. Oliveri, Jr. and** <br> **Debra Lynn Oliveri, Debtors** <br> **Jack N Zaharopoulos,** <br> **Trustee** <br> **Respondent(s)** | |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
   ☐ Thirty (30) days.
   ☒ Forty-five (45) days.
   ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: February 23, 2024          /s/ Andrew M. Lubin
                                   Attorney for:   Movant

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.