UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Anthony John Oliveri, Jr and Debra Lynn Oliveri<br>Debtor(s)<br><br>Citizens Bank, N.A., or its Successor or Assignee<br>Movant<br>vs.<br><br>Anthony John Oliveri, Jr and Debra Lynn Oliveri<br>Jack N Zaharopoulos<br>Respondent(s) | Chapter 13<br><br>Bankruptcy No. 5:23-bk-02286-MJC |

## CERTIFICATION OF SERVICE OF REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

I, Andrew M. Lubin, attorney for Citizens Bank, N.A., hereby certify that I served a true and correct copy of the foregoing Request to Remove from the Hearing/Trial List, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: Febuary 23, 2024

| | | |
|---|---|---|
| Anthony John Oliveri, Jr<br>105 Carverton Road<br>Trucksville, Pennsylvania 18708<br><br>Debra Lynn Oliveri<br>105 Carverton Road<br>Trucksville, Pennsylvania 18708<br><br>United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, Pennsylvania 17102 | Michael A. Cibik<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, Pennsylvania 19102<br>Attorney for Debtors | Jack N Zaharopoulos<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, Pennsylvania 17036<br>Trustee |

/s/ Andrew M. Lubin, Esquire
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Citizens Bank, N.A.
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com