UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ANTHONY J. OLIVERI, JR. and DEBRA LYNN OLIVERI | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| JACK N. ZAHAROPOULOS STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| ANTHONY J. OLIVERI, JR. and DEBRA LYNN OLIVERI | : | |
| Respondent(s) | : | CASE NO. 5-23-bk-02286-MJC |

## WITHDRAWAL OF TRUSTEE'S NOTICE OF INTENTION TO DISMISS BANKRUPTCY CASE

AND NOW, this 27th day of March, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Notice of Intention to Dismiss Bankruptcy Case docketed on or about March 25, 2024, be withdrawn because Trustee will be filing a Motion to Dismiss.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

## CERTIFICATE OF SERVICE

AND NOW, this 27th day of March, 2024, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Michael Cibik, Esquire
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

/s/Deborah A. DePalma
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee