United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Anthony J. Oliveri, Jr.  
Debra Lynn Oliveri  
    Debtors

Case No. 23-02286-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Mar 25, 2024      Form ID: ntnoshow      Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Anthony J. Oliveri, Jr., Debra Lynn Oliveri, 105 Carverton Rd, Trucksville, PA 18708-1746 |
| 5570677 | ++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577 address filed with court:, CCO Mortgage Corp., Attn: Bankruptcy, 10561 Telegraph Rd, Glen Allen, VA 23059 |
| 5572933 | + | Citizens Bank, N.A., c/o, McCabe, Weisberg & Conway, LLC, 1420 Walnut Street, Suite 1501, Philadelphia, PA 19102-4015 |
| 5570683 | | Dallas School District, 2000 Conyngham Ave, Dallas, PA 18612-9288 |
| 5570687 | | Kingston Township, 180 E Center St, Shavertown, PA 18708-1514 |
| 5570688 | + | Luzerne County Tax Claim Bureau, c/o Elite Revenue Solutions, 200 North River Street, Wilkes Barre, PA 18711-1004 |
| 5570691 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5570695 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5570678 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 25 2024 18:49:00 | Citizens Bank, Attn: Bankruptcy, One Citizens Dr, Providence, RI 02903 |
| 5570682 | | Email/Text: cfcbackoffice@contfinco.com | Mar 25 2024 18:49:00 | Continental Finance Company, Attn: Bankruptcy, PO Box 8099, Newark, DE 19714-8099 |
| 5570676 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 25 2024 18:59:37 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5573156 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 25 2024 18:49:08 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5574833 | ^ | MEBN | Mar 25 2024 18:45:09 | Citizens Bank, N.A., 10561 Telegraph Rd., Glen Allen, VA 23059-4577 |
| 5570679 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 25 2024 18:49:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5570680 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 25 2024 18:49:00 | Comenity Capital, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5570681 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 25 2024 18:49:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5570684 | + | Email/Text: mrdiscen@discover.com | Mar 25 2024 18:49:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5570685 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 25 2024 18:59:37 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 5570686 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 25 2024 18:49:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5575225 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2024 18:59:40 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5576848 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2024 18:49:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5570693 | | Email/Text: cscommunications@mrvbanks.com | Mar 25 2024 18:49:00 | REVVI, Attn: Bankruptcy, PO Box 85800, Sioux Falls, SD 57118-5800 |
| 5579633 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 25 2024 18:50:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5570689 | | Email/Text: fesbank@attorneygeneral.gov | Mar 25 2024 18:49:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5570692 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2024 18:49:16 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 5583273 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2024 18:59:55 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5570690 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 25 2024 18:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5571705 | | Email/Text: bnc-quantum@quantum3group.com | Mar 25 2024 18:50:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5571706 | | Email/Text: bnc-quantum@quantum3group.com | Mar 25 2024 18:50:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5570694 | | Email/Text: famc-bk@1stassociates.com | Mar 25 2024 18:50:00 | Total VISA, Attn: Bankruptcy, P.O. Box 84930, Sioux Falls, SD 57118-4930 |
| 5570696 | ^ | MEBN | Mar 25 2024 18:45:07 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5574834 | *+ | Citizens Bank, N.A., 10561 Telegraph Rd., Glen Allen, VA 23059-4577 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2024　　　　　　　　Signature:　　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Citizens Bank N.A. nj-ecfmail@mwc-law.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Marisa Myers Cohen | on behalf of Creditor Citizens Bank N.A. ecfmail@mwc-law.com |
| Michael A. Cibik | on behalf of Debtor 2 Debra Lynn Oliveri help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Michael A. Cibik | on behalf of Debtor 1 Anthony J. Oliveri Jr. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Anthony J. Oliveri Jr.,

**Debtor 1**

Debra Lynn Oliveri,

**Debtor 2**

Chapter 13

Case No. 5:23−bk−02286−MJC

## Notice of Intention to Dismiss Bankruptcy Case

Section 343 of the Bankruptcy Code (11 U.S.C. § 343) requires debtors to appear and submit to an examination under oath at the meeting of creditors held under Section 341 of the Bankruptcy Code (11 U.S.C. § 341). The failure to appear at the Section 341 meeting of creditors is grounds for dismissal of the bankruptcy case.

The court's docket indicates that Debtor 1 and Debtor 2 failed to appear at the scheduled Section 341 meeting of creditors. **Accordingly, the Court intends to dismiss the bankruptcy case of Debtor 1 and Debtor 2.**

Any debtor opposing dismissal must file an objection with the Court on or before **April 15, 2024** explaining the failure to appear at each scheduled Section 341 meeting of creditors. Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **April 15, 2024**.

**If no objections are filed by April 15, 2024, an Order will be entered dismissing the bankruptcy case of Debtor 1 and Debtor 2.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 25, 2024 |

ntnoshow (07/18)