UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| ANTHONY J. OLIVERI, JR. | : | |
| DEBRA LYNN OLIVERI | : | |
| Debtor(s) | : | CASE NO. 5-23-BK-02286 MJC |
| | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | |

## AMENDED NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zarahapolous, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss with Prejudice for Failure to Appear at §341(a) Meetings pursuant to your Chapter 13 bankruptcy filing.

If you object to the relief requested, you must file your objection/response on or before April 16, 2024 with the Clerk of Bankruptcy Court:

    Max Rosenn U.S. Courthouse
    197 South Main Street, Room 274
    Wilkes-Barre, PA 18701

and serve a copy on the Chapter 13 Trustee for the Middle District of Pennsylvania:

    Jack N. Zaharalopous
    Office of the Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036.

If you file and serve an objection/response within the time permitted, a hearing will be held on **May 2, 2024 at 10:00 AM at the U.S. Courthouse, 197 S. Main St. Wilkes-Barre, PA.** If you do not file an objection/response within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Date: April 2, 2024                        /s/ Agatha R. McHale, Esquire
                                                    Attorney ID: 47613
                                                    Attorney for Trustee
                                                    Jack N. Zaharopoulos
                                                    Standing Chapter 13 Trustee
                                                    8125 Adams Drive, Suite A
                                                    Hummelstown, PA 17036
                                                    Phone: (717) 566-6097
                                                    Email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| ANTHONY J. OLIVERI, JR. | : | |
| DEBRA LYNN OLIVERI | : | |
|     Debtor(s) | : | CASE NO. 5-23-BK-02286 MJC |
| | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE | : | |
|     Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| ANTHONY J. OLIVERI, JR. | : | |
| DEBRA LYNN OLIVERI | : | |
|     Respondent(s) | : | |

**TRUSTEE'S MOTION TO DISMISS CASE WITH PREJUDICE**

AND NOW, on April 2, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, who, by and through his Attorney, Agatha R. McHale, Esquire, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case with prejudice pursuant to § 1307(c), due to their serial filings and their failure to appear at several § 341(a) meetings. Specifically, the Trustee alleges and avers:

1. The Debtors failed to appear at the following § 341(a) meetings scheduled in this case:

    a. § 341(a) meeting on March 25, 2024 at 10:30 a.m.;

    b. § 341(a) meeting on February 26, 2024 at 11:00 a.m.;

    c. § 341(a) meeting on January 8, 2024 at 11:00 a.m.;

    d. § 341(a) meeting on December 18, 2024 at 10:30 a.m.; and

    e. § 341(a) meeting on November 13, 2023 at 9:30 a.m..

2. As for the Debtors' previous cases, Debtors have filed petitions docketed to the following cases:

Case Number: 5-23-01212-MJC
Counsel: PRO SE                                      Date Dismissed: 6/16/2023
Filing Date: 05/31/2023                              Chapter 13
Total Payments: $0.00
Result: Dismissal for failure to comply with Order

Case Number: 5-23-00810-MJC
Counsel: PRO SE                                      Date Dismissed: 5/18/2023
Filing Date: 04/13/2023                              Chapter 13
Total Payments: $0.00
Result: Dismissal for failure to file a complete list of creditors

Case Number: 5-19-00548-RNO
Counsel: PRO SE                                      Date Dismissed: 03/15/2019
Filing Date:02/07/2019                               Chapter 13
Total Payments: $0.00
Result: Dismissal for failure to file a complete list of creditors

3. Movant believes and avers that, under the totality of the circumstances, Debtors have demonstrated substantial abuse and a lack of good faith in their serial filings as well as their failure to appear for five (5) §341(a) meetings.

Notice and other instructions are included with this Motion to Dismiss with Prejudice.

**WHEREFORE,** Movant requests this Honorable Court to:

1. Dismiss this case in accordance with 11 U.S.C. §1307; and

2. Dismiss this case with prejudice with regard to Debtors filing a subsequent Petition under the Bankruptcy Code in this District without prior leave of this Court for a period of 180 days from the entry of this Dismissal.

    Respectfully submitted:

    /s/ Agatha R. McHale, Esquire
    Attorney ID: 47613
    Attorney for Trustee
    Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    Phone: (717) 566-6097
    Email: amchale@pamd13trustee.com

Case 5:23-bk-02286-MJC    Doc 41    Filed 04/02/24    Entered 04/02/24 13:35:07    Desc
Page 3 of 7

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| ANTHONY J. OLIVERI, JR. | : | |
| DEBRA LYNN OLIVERI | : | |
|     Debtor(s) | : | CASE NO. 5-23-BK-02286 MJC |
| | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE | : | |
|     Movant | : | |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 2, 2024, I served a copy of this Motion to Dismiss with Prejudice, Notice and Proposed Order on the following parties by First Class Mail from Hummelstown, PA, unless served electronically.

Michael A. Cibik, Esq.                      Served electronically
Cibik Law, PC
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
*Attorney for Debtor*

United States Trustee                         Served electronically
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

SERVED VIA FIRST CLASS MAIL

| | | |
|---|---|---|
| | U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>197 South Main Street Wilkes-Barre, PA 18701-1500 | (p)CCO MORTGAGE CORP<br>10561 TELEGRAPH RD<br>GLEN ALLEN VA 23059-4577 |
| Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | (p)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY JCA115<br>JOHNSTON RI 02919-1922 |
| Citizens Bank, N.A.<br>10561 Telegraph Rd.<br>Glen Allen, VA 23059-4577 | Citizens Bank, N.A.<br>c/o<br>McCabe, Weisberg & Conway, LLC 1420 Walnut Street, Suite 1501<br>Philadelphia, PA 19102-4015 | Comenity Bank/Express<br>Attn: Bankruptcy<br>PO Box 182125<br>Columbus, OH 43218-2125 |

| | | |
|---|---|---|
| Comenity Capital<br>Attn: Bankruptcy<br>PO Box 182125<br>Columbus, OH 43218-2125 | ComenityCapital/Boscov<br>Attn: Bankruptcy Dept<br>PO Box 182125<br>Columbus, OH 43218-2125 | (p)CONTINENTAL FINANCE COMPANY<br>PO BOX 3220<br>BUFFALO NY 14240-3220 |
| Dallas School District<br>2000 Conyngham Ave<br>Dallas, PA 18612-9288 | Discover Financial<br>Attn: Bankruptcy<br>PO Box 3025<br>New Albany, OH 43054-3025 | First Premier Bank<br>Attn: Bankruptcy<br>PO Box 5524<br>Sioux Falls, SD 57117-5524 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kingston Township<br>180 E Center St<br>Shavertown, PA 18708-1514 | LVNV Funding LLC c/o<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Luzerne County Tax Claim Bureau<br>c/o Elite Revenue Solutions<br>200 North River Street Wilkes Barre, PA 18711-1004 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |
| (p)PENNSYLVANIA OFFICE OF ATTORNEY GENERAL<br>ATTN ATTENTION FINANCIAL ENFORCEMENT SECTION<br>STRAWBERRY SQUARE<br>15TH FLOOR<br>HARRISBURG PA 17120-0001 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>1 Revenue Pl<br>Harrisburg, PA 17129-0001 | Pennsylvania Office of General Counsel<br>333 Market St Fl 17<br>Harrisburg, PA 17101-2210 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Galaxy International Purchasing LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| (p)MRV BANKS<br>871 STE GENEVIEVE DR<br>STE GENEVIEVE MO 63670-1406 | Total VISA<br>Attn: Bankruptcy<br>P.O. Box 84930<br>Sioux Falls, SD 57118-4930 | U.S. Attorney, Middle District of Pa.<br>235 N Washington Ave Ste 311<br>Scranton, PA 18503-1533 |

| | | |
|---|---|---|
| U.S. Department of Justice 950<br>Pennsylvania Ave NW<br>Washington, DC 20530-0009 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 | Anthony J. Oliveri Jr.<br>105 Carverton Rd<br>Trucksville, PA 18708-1746 |
| Debra Lynn Oliveri<br>105 Carverton Rd<br>Trucksville, PA 18708-1746 | (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | Michael A. Cibik<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102-3518 |
| CO Mortgage Corp.<br>Attn: Bankruptcy<br>10561 Telegraph Rd<br>Glen Allen, VA 23059 | Citizens Bank<br>Attn: Bankruptcy<br>One Citizens Dr<br>Providence, RI 02903 | Continental Finance Company<br>Attn: Bankruptcy<br>PO Box 8099<br>Newark, DE 19714-8099 |
| Pennsylvania Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |
| REVVI<br>Attn: Bankruptcy PO Box5800<br>Sioux Falls, SD 57118-5800 | | |

/s/Tammy Life
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| ANTHONY J. OLIVERI, JR. | : | |
| DEBRA LYNN OLIVERI | : | |
| Debtor(s) | : | CASE NO. 5-23-BK-02286 MJC |
| | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| ANTHONY J. OLIVERI, JR. | : | |
| DEBRA LYNN OLIVERI | : | |
| Respondent(s) | : | |

## ORDER DISMISSING CASE WITH PREJUDICE

Upon consideration of the Trustee's Motion to Dismiss Case with Prejudice for Failure to Appear at §341(a) Meetings, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED WITH PREJUDICE. Debtors are hereby BARRED from filing in this district for a period of 180 days from the date of this Order without prior Court Order.