# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Anthony John Oliveri, Jr and Debra Lynn Oliveri<br>                      Debtors<br><br>Citizens Bank, N.A., or its Successor or Assignee<br>                      Movant<br>                      vs.<br>Anthony John Oliveri, Jr and Debra Lynn Oliveri<br>Jack N Zaharopoulos<br>                      Respondents | Chapter 13<br><br>Bankruptcy No. 5:23-bk-02286-MJC |

**ORDER GRANTING SETTLEMENT STIPULATION**

It is hereby ORDERED that the Stipulation to Settle Motion of Citizens Bank, N.A. for Relief from the Automatic Stay is hereby APPROVED.