UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:   Anthony John Oliveri, Jr.<br>              and Debra Lynn Oliveri<br>                                 Debtors<br>Citizens Bank, N.A., or its Successor or Assignee<br>                                 Movant<br>                                 vs.<br>Anthony John Oliveri, Jr. and Debra Lynn Oliveri<br>Jack N. Zaharopoulos<br>                                 Respondents | Chapter 13<br><br>Bankruptcy No. 5:23-bk-02286-MJC |

## ORDER GRANTING SETTLEMENT STIPULATION

Upon consideration of the Stipulation filed at Dkt. # 42 in the above-captioned case ("Stipulation"), it is hereby

**ORDERED** that the Stipulation is **APPROVED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: April 10, 2024