UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br>ANTHONY J. OLIVERI, JR.<br>DEBRA LYNN OLIVERI<br>    Debtor(s) | CHAPTER 13<br><br>CASE NO. 5:23-BK-02286-MJC |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>    Movant | |
| vs. | |
| ANTHONY J. OLIVERI, JR.<br>DEBRA LYNN OLIVERI<br>    Respondent(s) | |

## ORDER GRANTING IN PART AND DENYING IN PART
## TRUSTEE'S MOTION TO DISMISS CASE WITH PREJUDICE

Upon consideration of the Trustee's Motion to Dismiss Case with Prejudice for Failure to Appear at §341(a) Meetings, Dkt. # 41 ("Motion"), no responses having been filed thereto, after a hearing held on May 2, 2024, and for the reasons stated on the record;

It is hereby **ORDERED** that:

1. The Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

2. The Motion is **GRANTED** as to the request to dismiss the above-captioned case and it is hereby **DISMISSED** without prejudice.

3. The Motion is **DENIED** as to the request to bar the Debtors from filing in this District for a period of 180 days.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 2, 2024