United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Anthony J. Oliveri, Jr.  
Debra Lynn Oliveri  
    Debtors

Case No. 23-02286-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3  
Date Rcvd: May 03, 2024     Form ID: pdf010     Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Anthony J. Oliveri, Jr., Debra Lynn Oliveri, 105 Carverton Rd, Trucksville, PA 18708-1746 |
| 5570677 | ++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577 address filed with court:, CCO Mortgage Corp., Attn: Bankruptcy, 10561 Telegraph Rd, Glen Allen, VA 23059 |
| 5572933 | + | Citizens Bank, N.A., c/o, McCabe, Weisberg & Conway, LLC, 1420 Walnut Street, Suite 1501, Philadelphia, PA 19102-4015 |
| 5570683 | | Dallas School District, 2000 Conyngham Ave, Dallas, PA 18612-9288 |
| 5570687 | | Kingston Township, 180 E Center St, Shavertown, PA 18708-1514 |
| 5570688 | + | Luzerne County Tax Claim Bureau, c/o Elite Revenue Solutions, 200 North River Street, Wilkes Barre, PA 18711-1004 |
| 5570691 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5570695 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5570678 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 03 2024 18:32:00 | Citizens Bank, Attn: Bankruptcy, One Citizens Dr, Providence, RI 02903 |
| 5570682 | | Email/Text: cfcbackoffice@contfinco.com | May 03 2024 18:32:00 | Continental Finance Company, Attn: Bankruptcy, PO Box 8099, Newark, DE 19714-8099 |
| 5570676 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 03 2024 18:43:12 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5573156 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 03 2024 18:43:11 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5574833 | ^ | MEBN | May 03 2024 18:30:37 | Citizens Bank, N.A., 10561 Telegraph Rd., Glen Allen, VA 23059-4577 |
| 5570679 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 03 2024 18:32:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5570680 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 03 2024 18:32:00 | Comenity Capital, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5570681 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 03 2024 18:32:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5570684 | + | Email/Text: mrdiscen@discover.com | May 03 2024 18:32:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5570685 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 03 2024 18:43:06 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 5570686 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 03 2024 18:32:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5575225 | | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2024 18:43:11 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5576848 | | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2024 18:43:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5570693 | | Email/Text: cscommunications@mrvbanks.com | May 03 2024 18:32:00 | REVVI, Attn: Bankruptcy, PO Box 85800, Sioux Falls, SD 57118-5800 |
| 5579633 | + | Email/Text: bankruptcydpt@mcmcg.com | May 03 2024 18:32:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5570689 | | Email/Text: fesbank@attorneygeneral.gov | May 03 2024 18:32:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5570692 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 03 2024 18:43:16 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 5583273 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 03 2024 18:43:10 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5570690 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 03 2024 18:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5570691 | ^ | MEBN | May 03 2024 18:30:50 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5571705 | | Email/Text: bnc-quantum@quantum3group.com | May 03 2024 18:32:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5571706 | | Email/Text: bnc-quantum@quantum3group.com | May 03 2024 18:32:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5570694 | | Email/Text: famc-bk@1stassociates.com | May 03 2024 18:32:00 | Total VISA, Attn: Bankruptcy, P.O. Box 84930, Sioux Falls, SD 57118-4930 |
| 5570696 | ^ | MEBN | May 03 2024 18:30:34 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5574834 | *+ | Citizens Bank, N.A., 10561 Telegraph Rd., Glen Allen, VA 23059-4577 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 05, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Citizens Bank N.A. nj-ecfmail@mwc-law.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Marisa Myers Cohen | on behalf of Creditor Citizens Bank N.A. ecfmail@mwc-law.com |
| Michael A. Cibik | on behalf of Debtor 2 Debra Lynn Oliveri help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Michael A. Cibik | on behalf of Debtor 1 Anthony J. Oliveri Jr. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br>ANTHONY J. OLIVERI, JR.<br>DEBRA LYNN OLIVERI<br>        Debtor(s) | CHAPTER 13<br><br>CASE NO. 5:23-BK-02286-MJC |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>        Movant<br><br>vs.<br><br>ANTHONY J. OLIVERI, JR.<br>DEBRA LYNN OLIVERI<br>        Respondent(s) | |

### ORDER GRANTING IN PART AND DENYING IN PART
### TRUSTEE'S MOTION TO DISMISS CASE WITH PREJUDICE

Upon consideration of the Trustee's Motion to Dismiss Case with Prejudice for Failure to Appear at §341(a) Meetings, Dkt. # 41 ("Motion"), no responses having been filed thereto, after a hearing held on May 2, 2024, and for the reasons stated on the record;

It is hereby **ORDERED** that:

1. The Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

2. The Motion is **GRANTED** as to the request to dismiss the above-captioned case and it is hereby **DISMISSED** without prejudice.

3. The Motion is **DENIED** as to the request to bar the Debtors from filing in this District for a period of 180 days.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: May 2, 2024