**United States Bankruptcy Court**
**Middle District of Pennsylvania**

| In re: | Case No. 5:23-bk-02286-MJC |
|---|---|
| Anthony J. Oliveri Jr.,<br>Debra Lynn Oliveri, | Chapter 13 |
| Debtors. | |

**Notice of Application to Approve Compensation**

To Creditors and other parties in interest:

Notice is hereby given that Cibik Law, P.C., counsel to the Debtor, has filed a First Interim Fee Application. The Application seeks compensation for legal services rendered to the Debtor in the amount of $4,240.00 and reimbursement of $0.00 for costs and expenses incurred in the representation of the Debtor. Cibik Law, P.C. has not submitted any prior applications for compensation or reimbursement of expenses.

If you object to the relief requested, you must file your objection/response on or before May 30, 2024, with the Clerk of Bankruptcy Court, U.S. Courthouse, 197 S. Main St. Wilkes-Barre, PA, and serve a copy on the applicant at the address below.

If you file and serve an objection/response within the time permitted, a hearing will be held on June 6, 2024, at 10:00 am at U.S. Courthouse, 197 S. Main St. Wilkes-Barre, PA. If you do not file an objection/response within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Notice mailed by:    Michael A. Cibik, Esq.
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

Dated: May 9, 2024