UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Anthony J. Oliveri Jr., Debra Lynn Oliveri, *Debtors.* | Chapter 13 Case No. 5:23-bk-02286-MJC |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

- Application for Compensation

Dated: May 9, 2024

Mike Assad (#330937)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

**Exhibit**

Anthony J. Oliveri Jr.
105 Carverton Rd
Trucksville, PA 18708-1746

Debra Lynn Oliveri
105 Carverton Rd
Trucksville, PA 18708-1746