UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Anthony J. Oliveri, Jr., | : | Case No. 5:23-bk-02286-MJC |
| Debra Lynn Oliveri, | : | |
| | : | |
| Debtors. | : | |

**ORDER DENYING APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the Application of Attorney for Chapter 13 Debtors for Compensation and Reimbursement of Expenses, Dkt. # 47 ("Application"), the Notice to Filing Party issued by the Clerk on May 10, 2024, Dkt. # 48 ("NTFP"), indicating that service of the Application is not in compliance with L.B.R. 9013-3, as all recipients must be listed separately with name and address, and requesting that an amended certificate of service be filed within four (4) days from the date thereof, and Debtors' failure to respond to the NTFP, it is hereby

**ORDERED AND DECREED** that the Application is **DENIED WITHOUT PREJUDICE** for failure to comply with the service requirements under L.B.R. 9013-3.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 20, 2024