UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| Anthony J. Oliveri Jr., Debra Lynn Oliveri, *Debtors.* | Chapter 13 Case No. 5:23-bk-02286-MJC |
|---|---|

### Order Granting Application for Compensation

And now, after consideration of the Application for Compensation and Reimbursement of Expenses filed by Applicant Cibik Law, P.C., with proper notice, it is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation in the amount of **$4,240.00** and reimbursement of expenses in the amount of **$0.00** are **ALLOWED** in favor of the Applicant.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth above as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b), and 11 U.S.C. §330(a)(4)(B), less **$1,000.00**, which was previously paid by the debtor.