# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ANTHONY J OLIVERI JR<br>DEBRA LYNN OLIVERI | CASE NO: 5:23-bk-02286-MJC<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 5/24/2024, I did cause a copy of the following documents, described below,

Application for Compensation

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/24/2024

/s/ Michael A. Cibik
Michael A. Cibik  330937
Attorney for Debtor
Cibik Law,P.C.
1500 Walnut Street,Suite 900
Philadelphia, PA  19102
215 735 1060
mike.assad@cibiklaw.com

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

ANTHONY J OLIVERI JR
DEBRA LYNN OLIVERI

CASE NO: 5:23-bk-02286-MJC

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 5/24/2024, a copy of the following documents, described below,

Application for Compensation

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/24/2024



Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Michael A. Cibik
Cibik Law,P.C.
1500 Walnut Street,Suite 900
Philadelphia, PA  19102

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | ~~EXCLUDE~~ | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 523-BK-02286-MJC<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>FRI MAY 24 8-0-20 PST 2024 | ~~(U)CITIZENS BANK NA~~ | ~~US BANKRUPTCY COURT~~<br>~~MAX ROSENN US COURTHOUSE~~<br>~~197 SOUTH MAIN STREET~~<br>~~WILKES-BARRE PA 18701-1500~~ |
| (P)CCO MORTGAGE CORP<br>10561 TELEGRAPH RD<br>GLEN ALLEN VA 23059-4577 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CAPITAL ONE NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 |
| (P)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | CITIZENS BANK NA<br>10561 TELEGRAPH RD<br>GLEN ALLEN VA 23059-4577 | ~~EXCLUDE~~<br>~~(D)CITIZENS BANK NA~~<br>~~10561 TELEGRAPH RD~~<br>~~GLEN ALLEN VA 23059-4577~~ |
| CITIZENS BANK NA<br>CO<br>MCCABE WEISBERG CONWAY LLC<br>1420 WALNUT STREET SUITE 1501<br>PHILADELPHIA PA 19102-4015 | COMENITY BANKEXPRESS<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 | COMENITY CAPITAL<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 |
| COMENITYCAPITALBOSCOV<br>ATTN BANKRUPTCY DEPT<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 | (P)CONTINENTAL FINANCE COMPANY<br>PO BOX 3220<br>BUFFALO NY 14240-3220 | DALLAS SCHOOL DISTRICT<br>2000 CONYNGHAM AVE<br>DALLAS PA 18612-9288 |
| DISCOVER FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | FIRST PREMIER BANK<br>ATTN BANKRUPTCY<br>PO BOX 5524<br>SIOUX FALLS SD 57117-5524 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| KINGSTON TOWNSHIP<br>180 E CENTER ST<br>SHAVERTOWN PA 18708-1514 | LVNV FUNDING LLC CO<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| LUZERNE COUNTY TAX CLAIM BUREAU<br>CO ELITE REVENUE SOLUTIONS<br>200 NORTH RIVER STREET<br>WILKES BARRE PA 18711-1004 | MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2037<br>WARREN MI 48090-2037 | (P)PENNSYLVANIA OFFICE OF ATTORNEY GENERAL<br>ATTN ATTENTION FINANCIAL ENFORCEMENT SECTION<br>STRAWBERRY SQUARE<br>15TH FLOOR<br>HARRISBURG PA 17120-0001 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>1 REVENUE PL<br>HARRISBURG PA 17129-0001 | PENNSYLVANIA OFFICE OF GENERAL COUNSEL<br>333 MARKET ST FL 17<br>HARRISBURG PA 17101-2210 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

~~EXCLUDE~~

~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~
~~PO BOX 41067~~
~~NORFOLK VA 23541-1067~~

QUANTUM3 GROUP LLC AS AGENT FOR
GALAXY INTERNATIONAL PURCHASING LLC
PO BOX 788
KIRKLAND  WA  98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
GENESIS FS CARD SERVICES INC
PO BOX 788
KIRKLAND  WA  98083-0788

(P)MRV BANKS
871 STE GENEVIEVE DR
STE GENEVIEVE MO 63670-1406

TOTAL VISA
ATTN BANKRUPTCY
PO BOX 84930
SIOUX FALLS  SD 57118-4930

US ATTORNEY  MIDDLE DISTRICT OF PA
235 N WASHINGTON AVE STE 311
SCRANTON  PA 18503-1533

US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON  DC 20530-0009

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N 6TH ST
HARRISBURG  PA 17102-1104

DEBTOR
ANTHONY J OLIVERI JR
105 CARVERTON RD
TRUCKSVILLE  PA 18708-1746

DEBRA LYNN OLIVERI
105 CARVERTON RD
TRUCKSVILLE  PA 18708-1746

(P)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

MICHAEL A CIBIK
CIBIK LAW  PC
1500 WALNUT STREET
SUITE 900
PHILADELPHIA  PA 19102-3518