# Exhibit B
# Summary and Itemization of Fees

| Case Number | Debtor Name | Period |
|---|---|---|
| | Oliveri | |

**Summary of Fees**

Timekeepers - MAC, Michael A. Cibik, Attorney, $350 - MIA, Michael I. Assad, Attorney, $350 - IR, Iesha Reid, Paralegal, $125 - Nancy Matteis, Paralegal, $125

| Date | Staff | Description | Hours |
|---|---|---|---|
| 08/01/2023 | MAC | Initial client consultation. Discussed financial circumstances and answered questions. | 1.00 |
| 10/03/2023 | MAC | Discussion with client about moving forward with bankruptcy case. | 0.80 |
| 10/04/2023 | MIA | Reviewed client's credit report, paystubs, and tax return. | 2.00 |
| 10/04/2023 | MIA | Drafted chapter 13 petition, statement of social security number, and matrix. | 1.25 |
| 10/04/2023 | MIA | Prepared petition, matrix, statement of social security number. | 0.50 |
| 10/04/2023 | MIA | Filed chapter 13 petition, statement of social security number, chapter 13 plan, and matrix with the court. | 0.40 |
| 10/04/2023 | MIA | Called client to inform her case was filed. | 0.10 |
| 10/26/2023 | MIA | Drafted schedules, statements, chapter 13 plan, and related documents. | 3.00 |
| 10/27/2023 | MIA | Prepared and sent plan payment information to client. | 0.30 |
| 10/27/2023 | MIA | Prepared and sent meeting of creditors information to client | 0.30 |
| 10/27/2023 | MIA | Prepared and filed schedules, statements, chapter 13 plan, and related documents. | 1.00 |
| 10/27/2023 | MIA | Made and certified service of chapter 13 plan. | 0.30 |
| 10/27/2023 | MIA | Phone call with debtor to discuss meeting of creditors | 0.10 |
| 12/13/2023 | MIA | Represented debtors at meeting of creditors (debtors did not appear) | 0.10 |
| 12/14/2023 | MIA | Left voicemail message for debtors. | 0.10 |
| 12/18/2023 | MIA | Represented debtors at meeting of creditors (debtors did not appear) | 0.10 |
| 12/28/2023 | NM | Left voicemail message for debtors. | 0.10 |
| 01/08/2024 | NM | Represented debtors at meeting of creditors (debtors did not appear) | 0.10 |
| 01/15/2024 | NM | Reviewed motion for relief from stay. | 0.30 |
| 01/17/2024 | NM | Drafted response to motion for relief from automatic stay | 0.40 |
| 01/17/2024 | NM | Prepared and filed response to motion for relief. | 0.10 |
| 02/23/2024 | NN | Communication with mortgage co. counsel to discuss resolution to MFR | 0.30 |
| 02/26/2024 | NM | Represented debtors at meeting of creditors (debtors did not appear) | 0.10 |
| 03/25/2024 | IR | Left voicemail message for debtors. | 0.10 |
| 04/04/2024 | NM | Phone call with debtors to discuss meeting of creditors issues. | 0.30 |
| 04/05/2024 | NM | Reviewed stipulation resolving motion for relief. | 0.50 |
| 05/02/2024 | NM | Represented debtors at hearing on motion to dismiss case. | 0.50 |
| 05/02/2024 | AR | Left voicemail message for debtors. | 0.10 |
| 05/09/2024 | MIA | Reviewed time slips and drafted fee application | 0.50 |

Total Attorney Hours 10.65
Attorney Hourly Rate $350.00

**Summary and Itemization of Fees (Cont'd)**

| Date | Staff | Description | Hours |
|------|-------|-------------|-------|
|      |       | **Attorney Total** | **$3,727.50** |
|      |       | Total Paralegal Time | 4.10 |
|      |       | Paralegal Hourly Rate | $125.00 |
|      |       | **Paralegal Total** | **$512.50** |
|      |       | Subtotal | $4,240.00 |
|      |       | Adjustment | $0.00 |
|      |       | **Grand Total** | **$4,240.00** |
|      |       | Pre-Petition Payment | $1,000.00 |
|      |       | Balance Due | $3,500.00 |
|      |       | Unaccounted Time | 0.00 |